**STATE of Missouri, Respondent,**

v.

**Shawn P. GILPIN, Appellant.**

**No. WD 65499.**

Missouri Court of Appeals,
Western District.

Aug. 22, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 26, 2006.

Application for Transfer Denied
Oct. 31, 2006.

Ellen H. Flottman, Columbia, Missouri for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, Missouri for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

PER CURIAM.

Shawn Gilpin appeals from his conviction by jury of one count of stealing, § 570.030. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).